*ORDER*

PER CURIAM:

***ORDER***

PER CURIAM:

**AND NOW,** this 9th day of February, 2001, probable jurisdiction is noted and the order appealed is affirmed.

***ORDER***

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

**William WAGSTAFF, Individually and d/b/a Wagstaff's Auto Repair, Appellant**

**In re Estate of Catherine WOOD.**

**Appeal of: Bonita Walsh–Sukus.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.

Decided Feb. 16, 2001.

v.

**The MORNING CALL, INC. and Kristin Casler, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.

Decided Feb. 16, 2001.

Reargument Denied April 9, 2001.

Jennifer Lynne Rogers, Arthur L. Piccone, Wikes Barre, for Bonita Walsh–Sukus.

Robert E.J. Curran, John C. Butera, Media, for Patricia Zabroski.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, SAYLOR, JJ.

Victor N. Lea, Allentown, for appellant William Wagstaff.

Malcolm J. Gross, Allentown, for appellees Morning Call and Kristin Casler.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.